FILED ___ ENTERED
___ LODGED ___ RECEIVED

OCT - 9 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

12-CV-00529-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARAH JOANNA CRIST,  )
                     )  CASE NO. C12-0529-JLR
    Plaintiff,       )
                     )
    v.               )  ORDER AFFIRMING
                     )  COMMISSIONER
MICHAEL J. ASTRUE,   )
Commissioner of Social Security, )
                     )
    Defendant.       )
_____)

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, ~~and~~ the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, *Plaintiff's Objection To Recommendation (Dkt 14).* It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court AFFIRMS the decision of the Commissioner; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 9th day of October, 2012.

JAMES L. ROBART
United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE -1